IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Robert A. Campbell and Rebecca L. Campbell,<br><br>Debtors. | Chapter 7<br><br>Case No: 2:10-bk-26653-SSC<br><br>Adversary No.: 2:10-ap-01659-SSC |
| PMM Investments, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Robert A. Campbell and Rebecca L. Campbell, husband and wife,<br><br>Defendants. | ORDER INCORPORATING MEMORANDUM DECISION DATED MARCH 31, 2013 |

Based upon this Court's Memorandum Decision dated March 31, 2013, which is incorporated by reference:

1

The Court find the Debtors shall be liable to the Plaintiff pursuant to Section 523(a)(4) as a result of the embezzlement by Mr. Campbell of funds invested by PMM Investments, LLC.  The Court denies any relief to the Plaintiff under Section 523(a)(2)(A).

IT IS ORDERED that the debt owed to the Plaintiff is non-dischargeable pursuant to 11 U.S.C. § 523(a)(4).

IT IS FURTHER ORDRED directing the Plaintiff to lodge a statement of final amount due on the debt, taking into account any appropriate setoffs or payments already made on the $1,000,000 underlying debt, within 7 days from the date of this order. To the extent the Defendants' disagree with the Plaintiff's final computations,  the Defendants can file a responsive pleading within 7 days from the date the Plaintiff files its statement of final amount due.

DATED this 2nd  day of April, 2013.

*[signature]*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge